**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jesus Manuel Velarde-Montes,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-06695-PHX-GS

**ORDER**

On September 18, 2026, Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 5 at 2.)

On September 25, 2026, Respondents filed a Response indicating that Petitioner is a native and citizen of Mexico; he entered the United States without inspection, admission, or parole; he was taken into immigration custody on June 17, 2026; and he was ordered removed on August 9, 2026. (Doc. 9 at 2.) The same day, Respondents also filed an Imminent Removal Status Update indicating that Petitioner was scheduled for removal within the next two weeks and that they would file another update to confirm whether Petitioner was removed. (Doc. 10 at 1.)

On October 1, 2026, Respondents filed a Status Update indicating Petitioner was removed from the United States. (Doc. 11.) Because Petitioner is no longer in custody, his Petition is moot. *See Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("[W]here the grounds for habeas relief will not redress collateral consequences, a habeas petition does

not continue to present a live controversy once the petitioner is released from custody."). This action will therefore be dismissed.

**IT IS ORDERED** that Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) is denied as moot.

**IT IS FURTHER ORDERED** that all remaining motions are denied, and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 2nd day of October, 2026.

Honorable Greg Sakall
United States Magistrate Judge